[No. 67263-1-I. Division One. September 4, 2012.]

CENTER FOR JUSTICE, *Appellant*, v. ARLINGTON SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-03136-3, Ellen J. Fair, J., entered May 17, 2011. *Affirmed in part* and *reversed in part* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Ellington, J.

[No. 67550-8-I. Division One. September 4, 2012.]

*In the Matter of the Marriage of* MICHAEL D. LEVITZ, *Appellant*, and INESA LEVITZ, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-05615-7, Deborah D. Fleck, J., entered July 14, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Lau, JJ.

[Nos. 67765-9-I; 67766-7-I. Division One. September 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN AMADEUS EGAN-RUSSERT, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 11-1-00438-1, Steven C. Gonzalez, J., entered September 2, 2011. *Affirmed in part* and *remanded with instructions* by unpublished per curiam opinion.

[No. 67927-9-I. Division One. September 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNIE WAYNE DURRETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01965-7, Barbara A. Mack, J., entered October 21, 2011. *Affirmed in part* and *remanded* by unpublished per curiam opinion.